IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TRACEY CLAMPITT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 4:21-cv-00036-TWP-DML |
| REGIONS BANK, | ) ) ) |
| Defendant. | ) |

## ORDER STAYING CASE

Plaintiff Tracey Clampitt and Defendant Regions Bank have notified the Court of their anticipated settlement of this matter as part of a global class settlement reached in a companion case, *Jill Hodapp v. Regions Bank*, Case No. 4:18-CV-01389-HEA (E.D. Mo.) (the "Hodapp Lawsuit"). The parties have asked this Court to stay further activity in this matter pending the finalization and approval of the settlement in the Hodapp Lawsuit, which (if approved) would resolve the instant litigation. The Court, being duly advised, now GRANTS the motion.

This matter is hereby STAYED. The Clerk is instructed to procedurally close the case until further notice. All pending case deadlines and upcoming conferences are hereby VACATED.

The parties shall promptly: (1) move for dismissal of this matter after the settlement in the Hodapp Lawsuit is approved; or (2) move to lift the stay if the settlement in the Hodapp Lawsuit is not finalized and approved. The parties shall file a **joint status report** concerning the status of settlement by no later than **March 1, 2022,** if this case is still pending.

SO ORDERED.

Dated: September 1, 2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record
via the Court's ECF/CM system